COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Terence Nathaniel Tompkins v. The State of Texas

Appellate case number:   01-12-00592-CR

Trial court case number:  1337275

Trial court:          232nd District Court of Harris County

On June 27, 2013, counsel for appellant filed a Motion to Withdraw or in the Alternative, Abate Until Appellant Can Be Located. The motion is **DENIED**.

Should counsel for appellant wish to proceed with her motion to withdraw, the motion and brief should, at a minimum, be served at the last known address for appellant, and service shall be verified with a certificate of service. Counsel shall check with the Texas Department of Criminal Justice offender search service on their website and with the Harris County Sheriff's Office for assistance with locating appellant.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                X Acting individually    ☐ Acting for the Court

Date: September 26, 2013